NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BODYMEDIA, INC.,**
*Appellant*

**v.**

**BASIS SCIENCE, INC.,**
*Appellee*

---

2015-1788

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,376.

---

**JUDGMENT**

---

DAVID CLAY HOLLOWAY, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by ROBERT J. CURYLO, MICHAEL S. PAVENTO, RENAE WAINWRIGHT.

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellee. Also represented by CAROLYN CHANG, AMY HAYDEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| July 12, 2016 | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
| | Clerk of Court |